## ROHR v BEAMER et

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 18, 1933

F. P. Burke, Massillon, for plaintiff in error.

Franklin L. Maier, Massillon, for defendants in error.

For full opinion see 39 OLR 459; 189 NE 125; 46 Oh Ap 452.